**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY,<br><br>                Petitioner,<br><br>   v.<br><br>LINDA PERSONS, et al.,<br><br>                Respondent. | Case No. EDCV 14-00036 DSF(SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.

4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his current
6 address of record.

8 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10 DATED: 6/4/14

```
                              _____
                              DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE
```

2