1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARC ANTHONY LOWELL ENDSLEY,        Case No. EDCV 14-00036 DSF(SS)

12                    Petitioner,

13        v.                                         **JUDGMENT**

14   LINDA PERSONS, et al.,

15                    Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        **IT IS HEREBY ADJUDGED** that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED:  6/4/14

25                                        _Dale S. Fischer_

26                                        _____
                                          DALE S. FISCHER
27                                        UNITED STATES DISTRICT JUDGE

28